```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. S-08-0454-JAM
12            Plaintiff,         )
                                 )   STIPULATION AND ORDER
13                               )   CONTINUING STATUS CONFERENCE AND
        v.                       )   EXCLUDING TIME
14                               )
    FELIX GARCIA-VALDEZ, et al., )
15                               )
              Defendants.        )   Hon. John A. Mendez
16  _____)
17
```

18      The parties request that the status conference currently set
19 for March 24, 2009, be continued to March 31, 2009 at 9:30 a.m.
20 Defendants Felix Garcia-Valdez, Manuel Hernandez Moreno, Evodio
21 Hernandez-Moreno, Manuel Herrera-Osornio, Juan Luis Mendoza-
22 Corrales, Noe Garcia and their respective counsel stipulate that
23 the time beginning March 24, 2009, and extending through March
24 31, 2009, be excluded from the calculation of time under the
25 Speedy Trial Act.  The parties for these defendants submit that
26 the ends of justice are served by the Court excluding such time,
27 so that counsel for each defendant may have reasonable time
28 necessary for effective preparation, taking into account the

                                  1

exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  As to defendants, Sixto Padilla-Gomez and Juan Adrian Zarco-Gonzales, defense counsel does not stipulate to such time exclusion.

The parties are in the process of discussing and negotiating the various plea offers in this case.  Each defendant will need time to consider his or her offer in light of the discovery.  As such, the attorneys for each defendant need more time to review the discovery in this case, discuss that discovery with their respective clients, consider new evidence that may affect the disposition of this case, conduct necessary legal research and investigation, and then discuss with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                  Respectfully Submitted,

                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

Dated: March 13, 2009        By:/s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

Dated: March 13, 2009        By:/s/ Matthew C. Bockmon
                                  MATTHEW C. BOCKMON
                                  Attorney for defendant
                                  FELIX GARCIA-VALDEZ

Dated: March 13, 2009        By:/s/ Michael B. Bigelow
                                  MICHAEL B. BIGELOW
                                  Attorney for defendant
                                  MANUEL HERNANDEZ-MORENO

///

///

Dated: March 13, 2009        By: /s/ Mark J. Reichel
                                 MARK J. REICHEL
                                 Attorney for defendant
                                 EVODIO HERNANDEZ-MORENO

Dated: March 13, 2009        By: /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for defendant
                                 MANUEL HERRERA-OSORNIO

Dated: March 13, 2009        By: /s/ Steven D. Bauer
                                 STEVEN D. BAUER
                                 Attorney for defendant
                                 JUAN LUIS MENDOZA-CORRALES

Dated: March 13, 2009        By: /s/ Michael D. Long
                                 MICHAEL D. LONG
                                 Attorney for defendant
                                 JUAN ADRIAN ZARCO-GONZALES

Dated: March 13, 2009        By: /s/ Erin J. Radekin
                                 ERIN J. RADEKIN
                                 Attorney for defendant
                                 SIXTO PADILLA-GOMEZ

Dated: March 13, 2009        By: /s/ Michael L. Chastaine
                                 MICHAEL L. CHASTAINE
                                 Attorney for defendant
                                 NOE GARCIA-VALDEZ

**<u>ORDER</u>**

For the reasons stated above, the status conference in case number CR. S-08-0454-JAM, currently set for March 24, 2009, is continued to March 31, 2009 at 9:30 a.m.; time beginning March 24, 2009, and extending through March 31, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation for defendants Felix Garcia-Valdez, Manuel Hernandez Moreno, Evodio Hernandez-Moreno, Manuel Herrera-Osornio, Juan Luis Mendoza-Corrales, Noe Garcia. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 3/13/2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge