John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorneys for Defendant
FELIX GARCIA-VALDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>FELIX GARCIA-VALDEZ,<br><br>           Defendant. | No. 2:08-CR-0454-JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Hon. John. A. Mendez |

Defendant, FELIX GARCIA-VALDEZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On September 15, 2009, this Court sentenced Mr. Garcia-Valdez to a term of 121 months imprisonment on Count 1, and Counts 2, 3 and 4 were dismissed;

3.     His total offense level was 35, his criminal history category was II, and the resulting guideline range was 188 to 235 months;

4. The sentencing range applicable to Mr. Garcia-Valdez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Garcia-Valdez's total offense level has been reduced from 35 to 33, and his amended guideline range is 151 to 188 months; and, with a similar corresponding reduction, the sentence would be reduced to 100 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Garcia-Valdez's term of imprisonment to a term of 100 months. As a result, Mr. Garcia-Valdez agrees to withdraw his pending § 3582(c)(2) motion at dkt. entry 277.

Respectfully submitted,

Dated:  March 9, 2016                              Dated:   March 9, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*                                              /s/*John Balazs*
JASON HITT                                              JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                    Attorney for Defendant
UNITED STATES OF AMERICA         FELIX GARCIA-VALDEZ

Stipulation and Order Re: Sentence Reduction                    2

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Garcia-Valdez is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 151 to 188 months, and a corresponding reduction in sentence from 121 to 100 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2009 is reduced to a term of 100 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

IT IS FURTHER ORDERED that Mr. Garcia-Valdez's pending § 3582(c)(2) motion at dkt. entry 277 is hereby withdrawn.

If not deported and unless otherwise ordered, Mr. Garcia-Valdez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   March 14, 2016

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge